In the Matter ·of JAMES NOBLE, Petitioner, v. JOHN R. STARKEY, Individually, and All Other Justices of the Supreme Court, Kings County, Respondents.— Application by petitioner to prohibit respondents from retrying petitioner under an indictment charging him with the crime of murder in the first degree; and to direct that he be released from custody. Petition dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

In the Matter of MELVYN LIPPMAN, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent.— Application by a former attorney to be reinstated as a member of the Bar denied. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.